```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   TEXARKANA DIVISION
```

GLADYS FARRIS, INDIVIDUALLY
AND AS THE ADMINISTRATOR OF THE
ESTATE OF RAMIRO WALKER                                PLAINTIFF

         v.         Civil No. 09-04019

MERRILL LYNCH                                          DEFENDANT

## O R D E R

NOW on this 16th day of November 2009, comes on for consideration Plaintiff's **Motion for Voluntary Dismissal** (document #16), and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's complaint is dismissed without prejudice with respect to all claims against Defendant.

**IT IS SO ORDERED.**

                                   /s/ Jimm Larry Hendren
                                   JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE